**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

GREAT BASIN RESOURCE WATCH; WESTERN SHOSHONE DEFENSE PROJECT,

Plaintiff(s),

vs.

U.S. DEPARTMENT OF THE INTERIOR, ET AL.,

Defendant(s).

Case # 19-CV-00611-LRH-WGC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Jeffrey C. Parsons_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Western Mining Action Project_____
(firm name)

with offices at _____440 Main Street, Suite 2; P.O. Box 349_____,
(street address)

_____Lyons_____, _____Colorado_____, _____80540_____,
(city)             (state)              (zip code)

_____303-823-5738_____, _____wmap@igc.org_____.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Plaintiffs GBRW and WSDP_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 10/1998 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Colorado (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Colorado | 10/31/1998 | 30210 |
| Ninth Circuit Court of Appeals | 12/1/1999 | |
| U.S. District Court, Colorado | 12/1/2000 | |
| U.S. Court of Federal Claims | 5/01/2001 | |
| Tenth Circuit Court of Appeals | 6/1/2003 | |
| U.S. Supreme Court | 6/1/2008 | |
| D.C. Circuit Court of Appeals | 3/1/2017 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)
None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)
None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Colorado        )
                         )
COUNTY OF Broomfield     )

____Jeffrey C. Parsons____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

20th day of November, 2019.

_____
Notary Public or Clerk of Court

WIJAYA DJUNAIDI
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20094042783
MY COMMISSION EXPIRES JANUARY 04, 2022

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Julie Cavanaugh-Bill__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

401 Railroad Street, #307
(street address)

Elko, Nevada, 89801
(city)    (state)    (zip code)

775-753-4357, julie@cblawoffices.org
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Julie Cavanaugh-Bill_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

/s/ John Hadder, Great Basin Resource Watch
(type or print party name, title)

_____
(party's signature)

/s/ Larson Bill, Western Shoshone Defense Project
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11533                         julie@cblawoffices.org
Bar number                    Email address

APPROVED:
DATED this 27th day of November, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# SUPREME COURT
## State of Colorado

STATE OF COLORADO, ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**JEFFREY CHARLES PARSONS**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **30th** day of **October** A. D. **1998** and that at the date hereof the said **JEFFREY CHARLES PARSONS** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **6th** day of **November** A. D. **2019**

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk