PRERAK SHAH
Deputy Assistant Attorney General
MICHELLE-ANN C. WILLIAMS
United States Department of Justice
Environment and Natural Resources Divison
Natural Resources Section
P.O. Box 7611, Washington, D.C. 20044
202-305-0420 || 202-305-0506 (fax)
michelle-ann.williams@usdoj.gov

*Counsel for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GREAT BASIN RESOURCE WATCH; *et al.*, <br><br> Plaintiffs, <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; *et al.*, <br><br> Federal Defendants, <br><br> EUREKA MOLY, LLC, <br><br> and <br><br> Defendant-Intervenor. | Case No: 3:19-cv-00661-LRH-WGC |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF THE ANSWER DEADLINE**

Pursuant to Local Rule IA 6-1, Federal Defendants hereby respectfully ask the Court for an enlargement of time to answer Plaintiffs' First Amended Complaint [ECF No. 14] in this case. Federal Defendants request an extension of four days (4) days from the current date of March 9, 2020, up to and including March 13, 2020, to file their answer. This motion is Federal Defendants' second request for an extension of time to answer Plaintiffs' Amended Complaint.

1

In support of this motion, the undersigned counsel notes that due to a medical issue that arose during work-related travel on Wednesday, March 4, 2020, she is unable to finalize Federal Defendants Answer to Plaintiffs' Amended Complaint to meet Federal Defendants' March 9, 2020 filing deadline.

Counsel for Federal Defendants consulted with counsel for the parties on March 6, 2019, who indicated that they do not oppose this motion.

For the foregoing reasons, Federal Defendants respectfully request that this Court grant Federal Defendants an additional four days, up to and including March 13, 2020, for its response to Plaintiffs' First Amended Complaint.

Respectfully submitted this 6th day of March, 2020.

> PRERAK SHAH
> Deputy Assistant Attorney General
> United States Department of Justice
> Environment and Natural Resources Div.
>
> /s/ *Michelle-Ann C. Williams*
> MICHELLE-ANN C. WILLIAMS
> Natural Resources Section
> P.O. Box 7611, Washington, D.C. 20044
> 202-305-0420 || 202-305-0506 (fax)
> michelle-ann.williams@usdoj.gov
>
> *Counsel for Federal Defendants*

**IT IS SO ORDERED**:

DATED: March 9, 2020.


_____
UNITED STATES MAGISTRATE JUDGE