Julie Cavanaugh-Bill, Nevada Bar # 11533
CAVANAUGH-BILL LAW OFFICES. LLC
401 Railroad St., Ste. 307
Elko, Nevada 89801
(775) 753-4357
julie@cblawoffices.org

Roger Flynn, *Pro Hac Vice*
Jeffrey C. Parsons, *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GREAT BASIN RESOURCE WATCH; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; et al., <br><br> Defendants. <br><br> EUREKA MOLY, LLC, <br><br> Defendant-Intervenor. | Case No: 3:19-cv-00661-LRH-WGC <br><br> ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING PLAN |

Plaintiffs, the Federal Defendants, and Defendant-Intervenor Eureka Moly, LLC (EML), jointly move this Court for a 30-day extension to file the parties' proposed Scheduling Plan. Pursuant to this Court's Notice issued when the Federal Defendants submitted their Answer on

March 13, 2020 (ECF # 25), the parties are to submit a proposed Scheduling Plan by April 27, 2020.

The parties have begun discussions regarding the Scheduling Plan and respectfully request an additional 30 days to complete discussions and submit the proposed Scheduling Plan to this Court.  **Accordingly, the parties jointly request that the deadline for submittal of the proposed Scheduling Plan be *May 27, 2020*.**

Respectfully submitted this 27th day of April, 2020.

*/s/ Roger Flynn*
Roger Flynn, (Colo. Bar # 21078), *Pro Hac Vice*
Jeffrey C. Parsons, (Colo. Bar # 30210), *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

Julie Cavanaugh-Bill, Nevada Bar # 11533
CAVANAUGH-BILL LAW OFFICES, LLC
401 Railroad St., Ste. 307
Elko, Nevada 89801
(775) 753-4357
julie@cblawoffices.org

Attorneys for Plaintiffs

JEAN E. WILLIAMS
Deputy Assistant Attorney General

*/s/ Michelle-Ann C. Williams*
MICHELLE-ANN C. WILLIAMS
United States Department of Justice
Environment & Natural Resources Division, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C., 20044-7611
(202) 305-0420
michelle-ann.williams@usdoj.gov

Attorneys for Federal Defendants

1
2  */s/ Jim B. Butler*
   Jim B. Butler, Nevada Bar No. 8389
3  Ashley C. Nikkel, Nevada Bar No. 12838
   PARSONS BEHLE & LATIMER
4  50 West Liberty Street, Suite 750
5  Reno, NV 89501
   (775) 323-1601
6  JButler@parsonsbehle.com
   ANikkel@parsonsbehle.com
7
8  Attorneys for Eureka Moly, LLC
9
10
11
12
13
14
15
16 **IT IS SO ORDERED**
17
18 _William G. Cobb_                                 April 28, 2020
   United States Magistrate Judge              Date
19
20
21
22
23
24
25
26
27
28

3