UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GRET BASIN RESOURCE WATCH; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; et al.,<br><br>Defendants.<br><br>EUREKA MOLY, LLC,<br><br>Defendant-Intervenor. | Case No: 3:19-cv-00661-LRH-WGC<br><br>ORDER GRANTING FIRST STIPULATED REQUEST TO EXTEND TIME TO FILE RESPONSES AND MOTIONS |

Pursuant to LR IA 6-1, the Parties, Federal Defendants U.S. Bureau of Land Management, et al. ("Federal Defendants"), Plaintiffs Great Basin Resource Watch, et al. (GBRW), and Defendant-Intervenor Eureka Moly, LLC (EML) stipulate to a 10-day extension of time to respond to Plaintiffs Motion for Summary Judgment (ECF #57). The deadline to respond is currently December 10, 2021(ECF # 55). Counsel for Federal Defendants is on unexpected medical leave and thus, requests this additional time to respond. This is the first stipulation for an extension of time to file motions. The Parties and potential amici curiae America Exploration & Mining Association (AEMA) conferred and agree to the following schedule to govern the resolution of this case:

**Proposed Case Schedule**

| | |
|---|---|
| Federal Defendants and EML file their respective cross-motions for summary judgment. | December 20, 2021 (40 pages each) |

| After seeking leave to file, America Exploration & Mining Association (AEMA) may file an amicus brief [1] | January 10, 2022 (20 pages) |
|---|---|
| GBRW files one consolidated reply in support of motion for summary judgment and in opposition to Federal Defendants and EML's cross-motions for summary judgment. | February 11, 2022 (50 pages combined) |
| Federal Defendants and EML file their respective reply briefs in support of their cross-motions for summary judgment | March 11, 2022 (20 pages each) |

Respectfully submitted this 15th day of November, 2021.

TODD KIM
Assistant Attorney General

/s/ Leilani Doktor
LEILANI DOKTOR
United States Department of Justice
Environment & Natural Resources Division, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C., 20044-7611
(202) 305-0447
Leilani.doktor@usdoj.gov

*Attorneys for Federal Defendants*

/s/Roger Flynn
Roger Flynn, (Colo. Bar # 21078), Pro Hac Vice
Jeffrey C. Parsons, (Colo. Bar # 30210), Pro Hac Vice
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

Julie Cavanaugh-Bill, Nevada Bar # 11533
CAVANAUGH-BILL LAW OFFICES, LLC
401 Railroad St., Ste. 307

---

[1] AEMA Counsel, Laura Granier, has agreed that AEMA plans to seek leave to file an amicus brief limited to twenty pages by the date of January 10, 2022.

2

Elko, Nevada 89801
(775) 753-4357
julie@cblawoffices.org

*Attorneys for Plaintiffs*

*/s/ Jim Butler*
Jim B. Butler, Nevada Bar No. 8389
Ashley C. Nikkel, Nevada Bar No. 12838
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501
(775) 323-1601
JButler@parsonsbehle.com
ANikkel@parsonsbehle.com

*Attorneys for Eureka Moly, LLC*

**Certificate of Service**

I, Leilani Doktor, attest that on this 15th day of November, 2021, I served this document to all counsel by filing it with this Court's ECF filing system.

*/s/ Leilani Doktor*

**IT IS SO ORDERED**

_____
LARRY R. HICKS
United States District Judge

_____
Date November 22, 2021

3