UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

GREAT BASIN RESOURCE WATCH; *et al.*,

      Plaintiffs,

vs.

UNITED STATES DEPARTMENT OF THE INTERIOR; *et al.*,

      Defendants.

EUREKA MOLY, LLC,

      Defendant-Intervenor.

Case No: 3:19-cv-00661-LRH-WGC

ORDER GRANTING REQUEST TO EXTEND TIME TO FILE RESPONSES AND MOTIONS

SECOND STIPULATED REQUEST

Pursuant to LR IA 6-1, the Parties, Federal Defendants U.S. Bureau of Land Management, et al. ("Federal Defendants"), Plaintiffs Great Basin Resource Watch, *et al.* (GBRW), and Defendant-Intervenor Eureka Moly, LLC (EML) stipulate to an extension of the briefing schedule in accordance with the proposed schedule below to respond to Plaintiffs' Motion for Summary Judgment (ECF #57). This is the Parties' second stipulation for an extension of the briefing schedule (ECF # 58).

The deadline for Federal Defendants to respond to Plaintiffs' Motion for Summary Judgment is currently December 20, 2021(ECF # 55). However, due to the press of time in other cases and the time required to facilitate management review within the Department of Justice and Department of the Interior, counsel for Federal Defendants requires this additional time to respond.

The Parties and potential amici curiae America Exploration & Mining Association

(AEMA) conferred and agree to the following schedule to govern the resolution of this case:

**Proposed Case Schedule**

| | |
|---|---|
| Federal Defendants and EML file their respective cross-motions for summary judgment. | January 31, 2022 (40 pages each) |
| After seeking leave to file, America Exploration & Mining Association (AEMA) may file an amicus brief [1] | February 11, 2022 (20 pages) |
| GBRW files one consolidated reply in support of motion for summary judgment and in opposition to Federal Defendants and EML's cross-motions for summary judgment. | March 11, 2022 (50 pages combined) |
| Federal Defendants and EML file their respective reply briefs in support of their cross-motions for summary judgment | April 8, 2022 (20 pages each) |

Respectfully submitted this 16th day of December, 2021.

        TODD KIM
        Assistant Attorney General

        */s/ Michelle-Ann C. Williams*
        MICHELLE-ANN C. WILLIAMS
        Trial Attorney (MD Bar)
        United States Department of Justice
        Environment & Natural Resources Division, Natural Resources Section
        Ben Franklin Station, P.O. Box 7611
        Washington, D.C., 20044-7611
        (202) 305-0447
        Leilani.doktor@usdoj.gov

        *Attorneys for Federal Defendants*

        */s/Roger Flynn (by maw w/perm.)*
        Roger Flynn, (Colo. Bar # 21078), Pro Hac Vice
        Jeffrey C. Parsons, (Colo. Bar # 30210), Pro Hac Vice
        WESTERN MINING ACTION PROJECT

---

[1] AEMA Counsel, Laura Granier, has agreed that AEMA plans to seek leave to file an amicus brief limited to twenty pages by the date of February 11, 2022.

P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

Julie Cavanaugh-Bill, Nevada Bar # 11533
CAVANAUGH-BILL LAW OFFICES, LLC
401 Railroad St., Ste. 307
Elko, Nevada 89801
(775) 753-4357
julie@cblawoffices.org

*Attorneys for Plaintiffs*

*/s/ Jim Butler (by maw w/perm.)*
Jim B. Butler, Nevada Bar No. 8389
Ashley C. Nikkel, Nevada Bar No. 12838
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501
(775) 323-1601
JButler@parsonsbehle.com
ANikkel@parsonsbehle.com

*Attorneys for Eureka Moly, LLC*

**Certificate of Service**

I, Michelle-Ann C. Williams, attest that on this 16th day of December, 2021, I served this document to all counsel by filing it with this Court's ECF filing system.

*/s/Michelle-Ann C. Williams*

**IT IS SO ORDERED**

_____
**LARRY R. HICKS**
United States District Judge

Date: December 20, 2021.