UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

GREAT BASIN RESOURCE WATCH; *et al.*,

    Plaintiffs,

vs.

UNITED STATES DEPARTMENT OF THE INTERIOR; *et al.*,

    Defendants.

EUREKA MOLY, LLC,

    Defendant-Intervenor.

Case No: 3:19-cv-00661-LRH-CSD

ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSES AND MOTIONS

    Pursuant to LR IA 6-1, the Parties, Federal Defendants U.S. Bureau of Land Management, et al. ("Federal Defendants"), request an extension of the briefing schedule in accordance with the proposed schedule below to respond to Plaintiffs' Motion for Summary Judgment (ECF #57). This is Federal Defendants' first unopposed motion for an extension of the briefing schedule. The Court had twice before granted the Parties' stipulation for an extension of the briefing schedule (ECF # 59, 61).

    The deadline for Federal Defendants to respond to Plaintiffs' Motion for Summary Judgment is currently January 31, 2022 (ECF # 61). However, due to the time required to facilitate management review within the Department of Justice and Department of the Interior, Federal Defendants require this additional time to respond.

    Federal Defendants conferred with counsel for Plaintiffs and Defendant-Intervenor on January 28, 2022, who indicated that they do not oppose this motion. Counsel for Federal

Defendants sought the position of potential amici curiae America Exploration and Mining Association (AEMA) on January 28, 2022, via email, but did not receive a response. The Parties also conferred and agree to the following schedule to govern the resolution of this case:

**Proposed Case Schedule**

| | |
|---|---|
| Federal Defendants and EML file their respective cross-motions for summary judgment. | February 4, 2022 (40 pages each) |
| After seeking leave to file, America Exploration & Mining Association (AEMA) may file an amicus brief [1] | February 17, 2022 (20 pages) |
| GBRW files one consolidated reply in support of motion for summary judgment and in opposition to Federal Defendants and EML's cross-motions for summary judgment. | March 15, 2022 (50 pages combined) |
| Federal Defendants and EML file their respective reply briefs in support of their cross-motions for summary judgment | April 12, 2022 (20 pages each) |

Respectfully submitted this 28th day of January, 2022.

      TODD KIM
      Assistant Attorney General

      */s/ Michelle-Ann C. Williams*
      MICHELLE-ANN C. WILLIAMS
      Trial Attorney (MD Bar)
      United States Department of Justice
      Environment & Natural Resources Division, Natural Resources Section
      Ben Franklin Station, P.O. Box 7611
      Washington, D.C., 20044-7611
      (202) 305-0420

---

[1] AEMA Counsel, Laura Granier, previously agreed (ECF # 60) that AEMA plans to seek leave to file an amicus brief limited to twenty pages by the date of February 11, 2022. The Parties agreed that all briefing deadlines would be extended by an additional four days and AEMA's deadline was extended accordingly.

michelle-ann.williams@usdoj.gov

*Attorneys for Federal Defendants*

**Certificate of Service**

    I, Michelle-Ann C. Williams, attest that on this 28th day of January, 2022, I served this document to all counsel by filing it with this Court's ECF filing system.

*/s/Michelle-Ann C. Williams*

**IT IS SO ORDERED**

_____      Dated: February __1__, 2022.
**Larry R. Hicks**
United States District Judge