UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREAT BASIN RESOURCE WATCH; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; *et al.*,<br><br>Defendants.<br><br>EUREKA MOLY, LLC,<br><br>Defendant-Intervenor. | Case No. 3:19-cv-00661-LRH-CSD<br><br>ORDER |

Before the Court is American Exploration & Mining Association's ("AEMA") motion for leave to file an amicus curiae brief in support of Defendants and Defendant-Intervenor (ECF No. 70). The Court grants AEMA's motion. IT IS THEREFORE ORDERED that the Clerk of the Court shall file ECF No. 70-1 as AEMA's amicus curiae brief.

DATED this 29th day of March 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1