UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GREAT BASIN RESOURCE WATCH; *et al.*, | Case No: 3:19-cv-00661-LRH-WGC |
| Plaintiffs, | UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY |
| vs. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR; *et al.*, | |
| Defendants. | |
| EUREKA MOLY, LLC, | |
| Defendant-Intervenor. | |

Pursuant to LR IA 6-1, Federal Defendants, U.S. Bureau of Land Management, et al. ("Federal Defendants"), request a one week extension of Federal Defendants and Defendant-Intervenor's deadline to file replies in support of their respective Cross Motions for Summary Judgment (ECF #68 and #69). This is the fourth unopposed motion of stipulation for an extension of the briefing schedule.

The deadline for the replies is currently April 12, 2022 (ECF #65). However, due to an unexpected absence and the time required to facilitate management review within the Department of Justice and Department of the Interior, Federal Defendants require an additional week. In accordance with the previously stipulated schedule, Defendant-Intervenors have requested to maintain the same deadline as Federal Defendants.

The Parties have conferred and none oppose this motion. Thus, Federal Defendants respectfully request the Court grant this extension request and set **April 19, 2022** as Federal Defendants' and Defendant-Intervenor's deadline to file reply briefs in support of their respective cross-motions for summary judgment.

Respectfully submitted this 7th day of April, 2022.

>TODD KIM
>Assistant Attorney General
>
>*/s/ Leilani Doktor*
>LEILANI DOKTOR
>Trial Attorney (MD Bar)
>United States Department of Justice
>Environment & Natural Resources Division, Natural Resources Section
>Ben Franklin Station, P.O. Box 7611
>Washington, D.C., 20044-7611
>(202) 305-0447
>Leilani.doktor@usdoj.gov

**ORDER**

**IT IS HEREBY ORDERED** that the Unopposed Motion to Extend Time to File Reply (ECF No. 74) is **GRANTED.**

_____
LARRY R. HICKS
United States District Judge

Dated: This _8_ day of April, 2022.