UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREAT BASIN RESOURCE WATCH; and WESTERN SHOSHONE DEFENSE PROJECT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; U.S. BUREAU OF LAND MANAGEMENT; LAURA DANIEL DAVIS, Acting Assistant Secretary[1]; and JON D. SHERVE, Field Manager of the BLM's Mount Lewis Field Office,<br><br>Defendants,<br><br>EUREKA MOLY, LLC,<br><br>Defendant-Intervenor. | Case No. 3:19-cv-00661-LRH-CSD<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF THE DEADLINE TO RESPOND TO ECF NO. 78** |

Federal Defendants request a seven-day extension of Federal Defendants and Defendant-Intervenor's deadline to respond to Plaintiffs' filing of ECF No. 78 (Plaintiff's Notice of

---

[1] Public officer substituted pursuant to FRAP 43.

Controlling and Supplemental Authority of the Ninth Circuit's Ruling on the Mining Law and Surface Resources Act, hereinafter the "Notice"). This motion is unopposed and Defendant-Intervenors support the motion.

On June 10, 2022, after the completion of scheduled briefing on the parties' cross-motions for summary judgment, Plaintiffs filed their Notice informing the Court of the May 12, 2022, decision in *Center for Biological Diversity v. U.S. Fish and Wildlife Service*, 33 F.4th 1202 (9th Cir. 2022). Defendant-Intervenor moved to strike the Notice or, in the alternative, requested leave to respond. ECF No. 79. On June 21, 2022, this Court granted leave to Federal Defendants and Defendant-Intervenor to file a combined response not to exceed fifteen pages within thirty days of the Order. ECF No. 80. Federal Defendants then moved to extend the response deadline until after the July 27, 2022 deadline to file a petition for rehearing of *Center for Biological Diversity* in the Ninth Circuit and requested the Court allow separate responses for Federal Defendants and Defendant-Intervenors. ECF No. 81. The Court granted Federal Defendants' motion and set the deadline for responses for August 5, 2022. ECF No. 82.

On July 27, 2022, the Defendant-Intervenor in *Center for Biological Diversity*, petitioned for a rehearing *en banc*; the United States, however, did not seek review of the Ninth Circuit's decision. Because of this current posture in *Center for Biological Diversity*, Federal Defendants have good cause to seek this extension to allow for further review of its response and therefore request a seven-day extension—until August 12, 2022—to respond to Plaintiffs' notice of supplemental authority.

IT IS SO ORDERED.

_____
LARRY R. HICKS
United States District Judge
Dated: August 5, 2022

2