TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ARWYN CARROLL
Trial Attorney Mass. Bar No. 675926
Natural Resources Section.
150 M Street NE
Washington, D.C. 20002
Tel.: (202) 305-0465
Fax: (202) 305-0506
Email: arwyn.carroll@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREAT BASIN RESOURCE WATCH; and WESTERN SHOSHONE DEFENSE PROJECT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; U.S. BUREAU OF LAND MANAGEMENT; LAURA DANIEL DAVIS, Acting Assistant Secretary; and JON D. SHERVE, Field Manager of the BLM's Mount Lewis Field Office,<br><br>Defendants,<br><br>EUREKA MOLY, LLC,<br><br>Defendant-Intervenor. | Case No. 3:19-cv-00661-LRH-CSD<br><br>ORDER GRANTING **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Pursuant to Local Rule IA 11-6(b), Arwyn Carroll hereby moves to withdraw as counsel for Federal Defendants in the above-captioned matter and requests that the Court remove her name from electronic notification and service lists.

Federal Defendants will continue to be represented in this case by the following counsel of record:

> Daniel C. Luecke
> Trial Attorney
> U.S. Department of Justice
> Environment & Natural Resources Division
> Ben Franklin Station, P.O. Box 7611
> Washington, D.C. 20044-7611
> Phone: (202) 598-7863
> Email: daniel.luecke@usdoj.gov

DATED: November 20, 2023.

> TODD KIM,
> Assistant Attorney General
> Environment and Natural Resources Division
> United States Department of Justice
>
> /s/ Arwyn Carroll
>
> ARWYN CARROLL
> Trial Attorney, Natural Resources Section
> Massachusetts Bar No. 675926
> P.O. Box 7611
> Washington, D.C. 20044-7611
> Phone: 202-305-0465
> Fax: 202-305-0506
> arwyn.carroll@usdoj.gov
>
> *Attorney for Federal Defendants*

IT IS SO ORDERED.

DATED: November 20, 2023.

_____
UNITED STATES MAGISTRATE JUDGE